## 48231. MAY et al. v. SPIVEY.

EBERHARDT, Presiding Judge. In this action for personal injuries arising out of a rear-end collision at or near an intersection the plaintiff's motion for summary judgment was denied by the trial court. An examination of the record before us reveals that there are material issues of fact for resolution by a jury, and we find no error. This is not, of course, an adjudication that there is liability.

*Judgment affirmed. Pannell and Stolz, JJ., concur.*
ARGUED JUNE 1, 1973 — DECIDED JUNE 18, 1973.

*Skinner, Wilson, Beals & Strickland, John V. Skinner, Jr., Warner R. Wilson, Jr., Paul J. Wagner, Jr., for appellants.*
*Henning, Chambers & Mabry, Eugene P. Chambers, Jr., Peter K. Kintz, for appellee.*